## RECONSIDERATION DOCKET

**93–1929.** Garfield Hts. City School Dist. Bd. of Edn. v. State Bd. of Edn. *Cuyahoga County*, Nos. 63304 and 63315. Reported at 71 Ohio St.3d 590, 646 N.E.2d 163. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

**94–2066.** Johnson v. Univ. Mednet. *Cuyahoga County*, No. 65623. Reported at 71 Ohio St.3d 608, 646 N.E.2d 453. On motion for reconsideration. Motion denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**94–2566.** Incorporated Village of Octa v. Interstate Adult Arcade. *Fayette County*, No. CA94–04–002. Reported at 71 Ohio St.3d 1491, 646 N.E.2d 467. On motion for reconsideration. Motion denied.

**94–2577.** State v. Lott. *Cuyahoga County*, Nos. 66388, 66389 and 66390. Reported at 71 Ohio St.3d 1491, 646 N.E.2d 467. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**94–2599.** Dickerson v. Internatl. United Auto Workers Union. *Cuyahoga County*, Nos. 65513 and 65543. Reported at 71 Ohio St.3d 1492, 646 N.E.2d 467. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**94–2600.** Westvaco v. W. 114th Berea Realty Corp. *Cuyahoga County*, No. 66180. Reported at 71 Ohio St.3d 1493, 646 N.E.2d 468. On motion for reconsideration. Motion denied.

**94–2605.** State v. Spears. *Preble County*, No. CA94–01–001. Reported at 71 Ohio St.3d 1492, 646 N.E.2d 467. On motion for reconsideration. Motion denied.

**94–2607.** Price v. New Madison. *Darke County*, No. 1348. Reported at 71 Ohio St.3d 1494, 646 N.E.2d 469. On motion for reconsideration. Motion denied.

F.E. SWEENEY and COOK, JJ., dissent.

**95–127.** Dickerson v. Internatl. Union UAW. *Cuyahoga County*, Nos. 65513 and 65543. Reported at 71 Ohio St.3d 1492, 646 N.E.2d 467. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.